# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

EDGAR VALDEZ-VILLAREAL,

Defendant.

1:09-cr-551-WSD-1
1:16-cr-155-WSD

## MINUTE SHEET

Minute Sheet for proceedings held in Open Court on June 11, 2018

TIME COURT COMMENCED: 10:05 a.m.
TIME COURT CONCLUDED: 12:35 p.m.
TIME IN COURT: 2:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Nicholas A. Marrone
DEPUTY CLERK: Benjamin G. Thurman

| | |
|---|---|
| DEFENDANT: | Edgar Valdez-Villareal at proceedings |
| ATTORNEYS PRESENT | Elizabeth M. Hathaway for USA<br>Garrett L. Bradford for USA<br>W. Bruce Maloy for Defendant<br>Wilmer Parker, III for Defendant |
| PROCEEDING: CATEGORY | Sentencing Hearing (non-evidentiary) |
| MINUTE TEXT: | Sentencing hearing conducted.  Carla Valdez and Abel Valdez testified on Defendant's behalf as character witnesses.  Defendant sentenced as to Counts 1, 2, and 9 of the Indictment in case number 1:09-cr-551-WSD, and |

2

                               Counts 1 and 2 of the Superseding Indictment in case number 1:16-cr-155-WSD.  See J&C for sentence.  Defendant remanded to the custody of the United States Marshals Service.

HEARING STATUS:    Hearing concluded