IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDGAR VALDEZ-VILLAREAL, | : | PRISONER HABEAS CORPUS |
| | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| | : | 1:09-CR-0551-LMM-RDC-1 |
| v. | : | |
| UNITED STATES | : | CIVIL ACTION NO. |
| | : | 1:19-CV-3017-LMM-RDC |
| Respondent. | : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [400], recommending that the Court dismiss this action without prejudice and deny a certificate of appealability. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. This action is **DISMISSED, without prejudice** and a certificate of appealability is **DENIED.** The Clerk is **DIRECTED** to **CLOSE** this case.

1

**IT IS SO ORDERED** this 2nd day of March, 2020.

*Leigh Martin May*
**Leigh Martin May**
**United States District Judge**