UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDGAR VALDEZ-VILLAREAL,<br><br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CRIMINAL NO. 1:09-CR-0551-LMM-RDC-1<br><br>CIVIL ACTION FILE<br>NO. 1:19-CV-3017-LMM-RDC |

## J U D G M E N T

The Court having dismissed the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant.

Dated at Atlanta, Georgia this 2nd day of March, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Teressa Frazier
     Deputy Clerk

Filed:  March 2, 2020
Entered:
In the Clerk's Office

James N. Hatten
Clerk of Court

By:  s/ Teressa Frazier
     Deputy Clerk